

| | |
|---|---|
| ALABAMA | ILLINOIS |
| CALIFORNIA | MISSISSIPPI |
| CONNECTICUT | NEVADA |
| FLORIDA | NEW JERSEY |
| GEORGIA | NEW YORK |

420 Lexington Avenue, Suite 840
New York, New York 10170
(347) 286-7409
**www.mccalla.com**

November 12, 2019

<u>*Via ECF*</u>
Hon. Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

RE:   In re: Norma Bryant
      Case Number 1-19-40623-cec
      Motion for Relief from Stay

Dear Judge Craig,

   This letter is to advise all interested parties that the Motion for Relief from Stay for the above-stated matter brought by JPMorgan Chase Bank, National Association at docket entry #23, has been settled with a conditional order to be submitted shortly.

   Respectfully Submitted,

   /s/ *Melissa Licker*
   Melissa Licker