**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

-------------------------------------------------------- **X**

In re:                                             Chapter: 13
                                                   Case No.: 1-19-40623-cec
Norma Bryant,                                      Judge: Hon. Carla E. Craig
                    Debtor.

-------------------------------------------------------- **X**

## CERTIFICATION OF SERVICE

I hereby certify that on, November 12, 2019, I electronically filed the foregoing with the

Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the

following:

| | | |
|---|---|---|
| Michael J. Macco | Chapter 13 Trustee | Email: ecf@maccolaw.com |
| Allan R Bloomfield | Debtor's attorney | Email:allanbloomfield@gmail.com |
| | U.S. Trustee | Email: USTPRegion02.br.ECF@usdoj.gov |

And, I hereby certify that I caused the foregoing to be mailed by the United States Postal

Service the document to the following non CM/ECF participants:

Debtor:
Norma Bryant
90-08 24th Road
East Elmhurst, NY 11369

Norma Bryant
10941 Ditmars Blvd
East Elmhurst, NY 11369

RAS Borskin LLC
900 Merchants Concourse, Suite 310
Westbury, New York 11590

Chambers:
Hon. Carla E. Craig
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201

Davidson Fink, LLP
28 East Main Street, Suite 1700
Rochester, New York 14614

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated:   November 12, 2019                         McCalla Raymer Leibert Pierce, LLC
                                                   Attorneys for JPMorgan Chase Bank, National
                                                   Association

By:     */s/ Jessica Russo*
       Jessica Russo