**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE:                                          :        CASE NO. 19-40623 - 206
                                                :        CHAPTER 13
  NORMA BRYANT
                                                :        JUDGE Mazer-Marino
                                                :        NOTICE OF FINAL CURE PAYMENT


The Chapter 13 Trustee, Michael J. Macco files this Notice of Final Cure Payment.   The amount required to cure the pre petition arrearage default in the claim listed below has been paid in full.

**Name of Creditor**: SN SERVICING CORPORATION

**Last four digits**  of any number used to identify the debtor's account :   7451

---

**Final Cure Amount**

| Court Claim# | Account# | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 003 | XX7451/ORIG ACCT#XX9097 $32560.91 | | $32560.91 | $32560.91 |

Direct Amount Paid by Debtor                                              $0.00

Amount of Prepetition Arrears                                            $0.00

Total Amount Paid by Trustee                                            $32560.91

---

**Monthly ongoing Mortgage Payment**

Mortgage is Paid:

   Through the Chapter 13 Conduit          **X**   Direct by the Debtor(s)

---

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding post-petition fees, costs, and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all post-petition payments as of the date of the response.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail
address registered with the Court on this 22    day of June , 2021.

NORMA BRYANT
90-08 24TH ROAD
EAST ELMHURST, NY. 11369


ALLAN R. BLOOMFIELD, ESQ.
118-21 QUEENS BOULEVARD
SUITE 617
FOREST HILLS, NY. 11375-7206

SN SERVICING CORPORATION
323 FIFTH STREET
EUREKA, CA. 95501-


Creditor Attorney
U.S. Trustee


June 22, 2021                              */s/ Michael J. Macco*
                                          Michael J. Macco
                                          Chapter 13 Trustee